UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re LOMBARD FLATS, LLC,

    Debtor.

_____

DEMAS YAN,

    Appellant,

  v.

LOMBARD FLATS, LLC,

    Appellee.

Case No. 15-cv-00870-PJH

Bankr. No. 09-32219 DM

**ORDER TO SHOW CAUSE**

On February 26, 2015, appellant Demas Yan filed a notice of appeal from the orders of the bankruptcy court entered January 5, 2015 and February 17, 2015. The court issued a scheduling order setting the filing deadlines, with the opening brief due 28 days after the record on appeal has been entered on the docket. Doc. no. 2. The bankruptcy record on appeal was transmitted to this court on March 20, 2015. Appellant did not timely file an appeal brief, nor a request to continue the filing deadlines. The court takes judicial notice of the certification of direct appeal to the Ninth Circuit Court of Appeals, entered by the bankruptcy court on March 12, 2015. The court takes further judicial notice of the petition for permission for direct appeal to the Ninth Circuit pursuant to 28 U.S.C. § 158(d), filed by debtor Lombard Flats LLC on March 17, 2015, as well as appellant's response to the petition, filed on March 18, 2015. *Yan v. Lombard Flats, LLC*, No. 15-80043 (9th Cir.). Appellant did not notify the court of these filings before the Ninth

Circuit or of the pendency of debtor's petition for permission for direct appeal.

By order entered June 11, 2015, the Ninth Circuit denied debtor's petition for permission for a direct appeal pursuant to § 158(d).  Since the time that the Ninth Circuit entered the order denying the petition, appellant has not filed a brief in his bankruptcy appeal in this court as required by Fed. R. Bankr. P. 8009 and 8010 and by Bankr. L.R. 8010-1, and has not sought relief from the scheduling order issued by the court.

Accordingly, appellant Demas Yan is ORDERED TO SHOW CAUSE in writing why the bankruptcy appeal should not be dismissed for failure to prosecute under Ninth Circuit Rule 42-1, which is applicable pursuant to Bankr. L.R. 8007-1(d).  **Appellant shall file a written response to the order to show cause by September 4, 2015.**  If appellant fails to respond in writing to the order to show cause, the above-captioned bankruptcy appeal will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge