UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LOMBARD FLATS, LLC,<br><br>    Debtor.<br>_____<br>DEMAS YAN,<br><br>    Appellant,<br><br>    v.<br><br>LOMBARD FLATS, LLC,<br><br>    Appellee. | Case No. 15-cv-00870-PJH<br><br>Bankr. No. 09-32219 DM<br><br>**ORDER** |

Appellant Demas Yan having filed a timely response to the order to show cause why the bankruptcy appeal should not be dismissed, the court hereby DISCHARGES the August 14, 2015 order to show cause.  In view of appellant's statement that he was not served with the order to show cause, appellant is ORDERED to review and update his registered email address on the court's Electronic Case Filing system pursuant to Civil Local Rule 5-1(c)(1) and (3).

Appellant having filed an opening brief, the court amends the briefing schedule set forth in the February 26, 2015 scheduling order as follows: appellee shall serve and file a responsive brief no later than 21 days from the date of this order, and appellant shall serve and file a reply brief no later than 14 days after service of appellee's brief.

**IT IS SO ORDERED.**

Dated: September 4, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge